IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREGORY S. KONTAXES,<br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>STEVEN GARY KONTAXES,<br>Perryopolis Policeman,<br>　　　　　　　　Defendant. | )<br>)<br>)<br>) Civil Action No. 12-1160<br>) Judge Mark R. Hornak<br>)Magistrate Judge Maureen P. Kelly<br>)<br>) |

## O R D E R

AND NOW, this 4th day of January, 2013, after the Plaintiff, Gregory S.

Kontaxes,  filed an action in the above-captioned case, and after a Report and Recommendation

was filed by the United States Magistrate Judge granting the Plaintiff until January 3, 2013, to

file written objections thereto, and no objections having been filed, and upon independent review

of the record, and upon consideration of the Magistrate Judge's Report and Recommendation,

which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that, pursuant to the screening provisions of the

Prison Litigation Reform Act, the Complaint is dismissed for failure to state a claim upon which

relief can be granted.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules

of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as

provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court,

at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

MARK R. HORNAK
United States District Judge

cc:     Honorable Maureen P. Kelly
        United States Magistrate Judge

        Gregory S. Kontaxes
        FB-3371
        SCI Rockview
        Box A
        Bellefonte, PA 16823


        All Counsel of Record by electronic filing